```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SALVADOR GARCIA-REAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br>SALVADOR GARCIA-REAL              )<br>                                  )<br>            Defendant.            )<br>_____ ) | No.  CR. S-04-0470-FCD<br>     CR. S-09-0182-FCD<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE AND<br>ADMIT/DENY HEARING<br><br>Date:  November 15, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant SALVADOR GARCIA-REAL, that the status conference and admit/deny hearing of October 18, 2010 be vacated, and the matter be set for status conference and admit/deny hearing on November 15, 2010 at 10:00 a.m.

    The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the signing of this Order, up
2 to and including November 15, 2010 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant to
4 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
5 of counsel.
6 Dated: October 13, 2010
7                                         Respectfully submitted,
8                                         DANIEL BRODERICK
                                          Federal Defender
9
10                                        */s/ Douglas Beevers*
                                          _____
11                                        DOUGLAS BEEVERS
                                          Assistant Federal Defender
12                                        Attorney for Defendant
                                          SALVADOR GARCIA-REAL
13
14 Dated:  October 13, 2010
15                                        BENJAMIN B. WAGNER
                                          United States Attorney
16
17                                        */s/ Michele Beckwith*
                                          _____
18                                        MICHELE BECKWITH
                                          Assistant U.S. Attorney
19
20
21                                **ORDER**
22    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference and admit/deny hearing presently set
24 for October 18, 2010, be continued to November 15, 2010 at 10:00 a.m.
25 Based on the representation of defense counsel and good cause appearing
26 therefrom, the Court hereby finds that the failure to grant a continuance
27 in this case would deny defendant reasonable time necessary for effective
28 preparation, taking into account the exercise of due diligence. The Court

1  finds that the ends of justice to be served by granting a continuance
2  outweigh the best interests of the public and the defendant in a speedy
3  trial. It is ordered that time from the date of this Order, up to and
4  including, November 15, 2010 be excluded from computation of time within
5  which the trial of this matter must be commenced under the Speedy Trial
6  Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to
7  allow defense counsel time to prepare.

Dated:   October 14, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE